FILED

MAR 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SCANNED

TSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lewis, Cherie

Plaintiff,

vs.

Calvin, Lynett
Oakland Unifien
School District
Defendant(s).

**CV21    2003**

CASE NO. _____

EMPLOYMENT DISCRIMINATION
COMPLAINT

1.   Plaintiff resides at:

Address  P. O. Box 5875

City, State & Zip Code  Oakland, Ca. 94605

Phone  510. 472. 5900

2.   Defendant is located at:

Address  1000 Broadway, Ste 680

City, State & Zip Code  Oakland, Ca. 94607

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.   The acts complained of in this suit concern:

a. __ Failure to employ me.

b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                          - 1 -

c. ___ Failure to promote me.

d. ✓ Other acts as specified below.

Lynnett Calvin telephoned me in the evening After work approx. 2-7-2019 or 2-9-2019. She screamed at me, Accuse me of not working & a few other things which were not true. She Never asked me my side then cancelled every Job I had got for the entire month of Feb, 2019.

5. Defendant's conduct is discriminatory with respect to the following:

a. ✓ My race or color.

b. ___ My religion.

c. ___ My sex.

d. ___ My national origin.

e. ✓ Other as specified below.

* My Age (Over 40) * Disability,

* Retaliation
* Discrimination,
* Harrassment

6. The basic facts surrounding my claim of discrimination are: I never heard Lynnett Calvin talk to and or with anyone my race like she did to me that evening ever. I am over 40 year of age, Black Race with mental & physical Disabilities currently. Lynnett Calvin treats the other employees different. Why? She denied, cancelled work opportunities & assignments.

7. The alleged discrimination occurred on or about ___2-07-2019___

(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)          - 2 -

- 3 -

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

[✓] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[✓] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[✓] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in ___Alameda___ County, it should be assigned to the ___S.F. Federal___ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

THe event took place at an elementary school I was a clerical substitute at. On the evening, after hour on my Apple Iphone when Lynnett Lamin called me that evening Accusing me of not working, didn't ask what happen & then Cancelled every job in my que for the entire Month of Feb. 2019

TOLD my ~

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE - Rev. 05/2017*]

TO: The U.S. Federal Courthouse          03/16/21
450 Golden Gate Lane
S.F., Ca.

##### Job Discrimination

1st Allegations: *Discrimination Government Code: 12941

1.) I'm over 40 years of age, BLACK
RACE WITH Mental disabilities... (please
*** AGE                                       see
                                              Attachment

*** DISABILITY (mentally)
(ADA/A)AAA (2008)      (Lynett Calvin)
**** RACE            * the other employees different.

2nd. Allegation:

* HARASSMENT: → Denied Work opportu-
nity and or Assignments (see DFEH
                                   ATTACHED)
3rd Allegation                     paperwork

**** Retailiation → Denied Work opportunity
                        and or assignments

*everything occurred During A call Lynn
-ette Calvin made to me approx on 2/7/19 in the
cc: Oakland Division Federal District Tevening

discriminatory conduct on or about _APPROX. 2-7-2019_

(DATE)

9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _12-23-2020_

(DATE)

10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes _✓_    No ____

11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _03/17/21_    _____

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION    _CHERIE Lewis_

IS NOT REQUIRED.)    PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Cherie Lewis<br>P.O. Box 56860<br>Hayward, CA 94545 | From: | Oakland Local Office<br>1301 Clay Street<br>Ste. 680-North<br>Oakland, CA 94612 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2021-05387 | Bryan G. Hoss,<br>Intake Supervisor | (510) 956-0015 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Bryan Hoss**
Digitally signed by Bryan Hoss
DN: cn=Bryan Hoss, o=U.S. EEOC,
ou=Enforcement Unit,
email=bryan.hoss@eeoc.gov, c=US
Date: 2020.12.18 14:00:00 -08'00'

12-18-2020

| Enclosures(s) | | |
|---|---|---|
| | **For/ Steven T. Hunt,**<br>**Director** | *(Date Mailed)* |

cc:  Tara Gard
Deputy Chief of Talent
OAKLAND UNIFIED SCHOOL DISTRICT
1000 Broadway, Suite 150
Oakland, CA 94607



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency
**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

November 15, 2020

Cherie Lewis
P.O. Box 56860
Hayward, California 94545

RE:    **Notice Case closure and Right to Sue**
       **Case Number:** 202003-09501605
       **Case Name:** Lewis / OAKLAND UNIFIED SCHOOL DISTRICT et al.

Dear Cherie Lewis:

The Department of Fair Employment and Housing (DFEH) has closed your case for the following reason: **No Basis to Proceed (For Filing Purposes Only).** Based upon its investigation, the DFEH is unable to conclude that the information obtained establishes a violation of the statute. This does not certify that the respondent is in compliance with the statute. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act (FEHA) against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of, Government Code section 12948, which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, you should consult an attorney about the applicable statutes of limitation.

Your complaint is **not dual filed** with the United States Equal Employment Opportunity Commission (EEOC). To obtain a federal Right to Sue notice, you must visit the EEOC to file a complaint within 30 days of receipt of this letter or within 300 days of the alleged discriminatory act, whichever is earlier.

Within 10 days of receiving this letter, you may appeal this decision by emailing appeals@dfeh.ca.gov; by calling our Communication Center at 800-884-1684 (voice), 800-700-2320 (TTY) or California's Relay Service at 711; or by writing to:

Appeals Unit
Department of Fair Employment and Housing
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758

Your appeal should include a 1) summary as to why you disagree with the reason; and/or, 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered.

Although the DFEH has concluded that the evidence and information did not support a finding that a violation occurred, the allegations and conduct at issue may be in violation of other laws.

Notice of Case Closure and Right to Sue
November 15, 2020
Page **2** of **2**

You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Should you decide to bring a civil action on your own behalf in court in the state of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint, below are resources for this. Please note that if a settlement agreement has been signed resolving the complaint, you may have waived the right to file a private lawsuit.

**<u>Finding an Attorney</u>**
To proceed in Superior Court, you should contact an attorney. If you do not already have an attorney, the organizations listed below may be able to assist you:

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its Web site at <u>www.calbar.ca.gov</u>, or by calling (866) 442-2529 (within California) or (415) 538-2250 (outside California).

- Your county may have a lawyer referral service. Check the Yellow Pages of your telephone book under "Attorneys."

**<u>Filing in Small Claims Court</u>**
- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at <u>http://www.dca.ca.gov/publications/small claims</u>. You may also order a free copy online, by calling the DCA Publication Hotline at (866) 320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

- The State Bar of California has information on "Using the Small Claims Court" under the "Public Services" section of its Web site located at <u>www.calbar.ca.gov</u>.

Sincerely,

James Baca
Staff Services Manager II
916-585-7010
james.baca@dfeh.ca.gov

Cc:
Oakland Unified School District
1000 Broadway, Ste. 680
Oakland, Ca 94607

Lymett Calvin
1000 Broadway, Ste. 680
Oakland, Ca 94607